IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01097-CMA-MJW

SUSAN MENIN,

     Plaintiff,

v.

COCHLEAR LIMITED, an Australian public company, and
COCHLEAR AMERICAS CORPORATION, a Delaware corporation,

     Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulated Dismissal With Prejudice (Doc. # 14), signed by the attorneys for the parties

hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to

pay her or its own attorney fees and costs, except as provided within the Confidential

Settlement and Release Agreement.

DATED:  May __09__, 2014

BY THE COURT:

_____

CHRISTINE M. ARGUELLO
United States District Judge